In the Matter of the Claim of HERSCHEL D. SULLIVAN, Respondent, against ROCHESTER SMELTING & REFINING COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 26, 1938; decided March 8, 1938.

*Noel S. Symons* and *John E. Leach* for Exchange Mutual Indemnity Insurance Company, appellant.

*Lawrence H. Ogden* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J